**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| CARL GRISSOM SR., <br><br>    **Plaintiff**, <br><br>    v. <br><br> EMAHN COUNTS, <br> COUNTS LAW FIRM PC, <br><br>    **Defendants**. | Case No. CV12-10132 JAK (AJWx) <br><br> Judge: John A. Kronstadt <br><br> **JUDGMENT** <br><br> **JS-6** |

1. Defendant's Motion to Dismiss Plaintiff's First Amended Complaint was GRANTED after a hearing.
2. Plaintiff's First Amended Complaint, including all causes of action alleged therein (i.e. Fair Debt Collection Practices Act; Malicious Prosecution/Abuse of Process) is DISMISSED with prejudice.
3. Defendant's Request for Attorney's Fees is denied.

Date: July 2, 2013

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

COUNTS LAW FIRM, PC
70 South Lake Ave, 10th Floor
Pasadena, CA 91101
(626) 463-7300

JUDGMENT    CV12-10132 JAJK (AJWx)